```
ANNE C. BELES (Cal. Bar No. 200276)
    One Kaiser Plaza, Suite 2300
    Oakland, California 94612-3642
    Telephone: (510) 836-0100
    Facsimile: (510) 832-3690
    E-mail:    beleslaw@yahoo.com

Attorney for Defendant
HERBERTH NOEL AYALA
```

United States District Court

Northern District of California

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR No. 3:13-CR-00030-RS-1 |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | CONTINUING SENTENCING HEARING AS |
| v. | ) | TO DEFENDANT HERBERTH NOEL AYALA |
| | ) | |
| HERBERTH NOEL AYALA, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant HERBERTH NOEL AYALA, by and through his counsel undersigned, the United States of America, through Assistant United States Attorney LAURA ELIZABETH VARTAIN HORN, and the United States Probation Office, through U.S. Probation Officer INSA AMINA BEL'OCHI, hereby stipulate and respectfully request that the Court vacate the Sentencing Hearing in the above-captioned case, currently set for Tuesday, October 8, 2013, at 02:30 p.m., and reset it for Tuesday, December 17, 2013, at 02:30 p.m.

This is the parties' first request to continue the Sentencing Hearing as to Defendant Ayala. The parties last appeared before the Court on July 9, 2013, when the change of plea was entered as to defendant Ayala (Dkt. No. 22).

Defense counsel for the Defendant began trial on a fifty-one

count molestation case in Contra Costa County on Friday, September 20, 2013, and this trial is expected to last through approximately Friday, October 18, 2013.

On Friday, August 30, 2013, U.S. Probation Officer Insa Amina Bel'Ochi saw Defendant in custody for the second time and concluded the probation interview. The probation interview was significantly delayed due to the unavailability of both defense counsel and Probation Officer Bel'Ochi due to illness and previously scheduled court hearings.

The requested continuance is necessary to allow for the Proposed Presentence Report to be completed and disclosed to all parties pursuant to Fed. R. Crim. P. 32(b)(6), and to allow the parties reasonable time to thoroughly review the proposed report and submit their written responses pursuant to Crim. L.R. 32-4(b).

U.S. Probation Officer Insa Amina Bel'Ochi has no objection to the parties' request and joins in this stipulated request to continue the Sentencing Hearing as she has represented that she will require a substantial amount of time to draft and then finalize the report.

For the above-stated reasons, the Defendant, defense counsel, and the government stipulate and respectfully request that the Court vacate the Sentencing Hearing currently set for Tuesday, October 8, 2013 and reset it for Tuesday, December 17, 2013, at 2:30 p.m.

**IT IS SO STIPULATED.**

                                            Respectfully submitted,

DATED: September 20, 2013       /s/ ACB_____
                                          ANNE CATHERINE BELES,
                                          Attorney for *HERBERTH N. AYALA*

DATED: September 20, 2013        /s/ IAB_____
                                 INSA AMINA BEL'OCHI
                                 U.S. Probation Officer


DATED: September 20, 2013        /s/ LEVH_____
                                 LAURA ELIZABETH VARTAIN HORN,
                                 Assistant U.S. Attorney

                                 MELINDA HAAG
                                 United States Attorney




**IT IS SO ORDERED.**


DATED: 9/23/13_____


                                 _____
                                 HON. RICHARD SEEBORG
                                 UNITED STATES DISTRICT JUDGE